# United States Bankruptcy Court
## Eastern District of Michigan

In re    **John W. Boris** ,      Case No. **10-67363**
                 Debtor

Chapter    **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 3 | 35,556.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 148,830.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 79,887.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,452.02 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,416.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 95,556.00 | | |
| | | | Total Liabilities | 228,717.78 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **John W. Boris**,  
Debtor

Case No. **10-67363**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,452.02 |
| Average Expenses (from Schedule J, Line 18) | 1,416.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,969.74 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 88,830.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 79,887.78 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 168,717.78 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**B6A (Official Form 6A) (12/07)**

In re **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House:** **Location: 73641 Memphis Ridge, Richmond MI 48062** | **Tenants in common with ex-wife** | J | 60,000.00 | 148,830.00 |

| | Sub-Total > | **60,000.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **60,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re  **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **40.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Comerica Bank** | - | **450.00** |
| | | **Savings account with Comerica Bank** | - | **5.00** |
| | | **Checking account with Michigan Schools and Government Credit Union** | - | **1.00** |
| | | **Savings account with Michigan Schools and Government Credit Union** | - | **5.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | - | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | - | **400.00** |
| 7. Furs and jewelry. | | **Jewelry** | - | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms and sports equipment** | - | **250.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  **4,351.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Debtor has an IRA with Lincoln Investments** | - | 1,765.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Debtor is owed unpaid child support from ex-fiance** | - | 16,640.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor expects to receive an income tax refund for his 2010 Federal and State of Michigan income tax returns.** | - | 2,700.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **1975 mobile home on lot owned by Goldie Michael, Deceased, located at: 43239 Labelle St., Mt. Clemens, MI 48045, which was may have been left to the Debtor in the Goldie Michael Trust. At the present time, neither the mobile home nor the lot are titled in the Debtor's name.** | - | 8,000.00 |

Sub-Total > **29,105.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **John W. Boris**, Case No. **10-67363**
  Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Polaris Sportsman 550 XP 4 wheeler, winch, plow and trailer** | - | **2,000.00** |
| 26. Boats, motors, and accessories. | | **Trolling motor for boat** | - | **100.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **2,100.00** |
| Total > | **35,556.00** |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

In re **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Comerica Bank | 11 U.S.C. § 522(d)(5) | 450.00 | 450.00 |
| Savings account with Comerica Bank | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| Checking account with Michigan Schools and Government Credit Union | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Savings account with Michigan Schools and Government Credit Union | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | 11 U.S.C. § 522(d)(5) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| Jewelry | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Firearms and sports equipment | 11 U.S.C. § 522(d)(5) | 250.00 | 250.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Debtor has an IRA with Lincoln Investments | 11 U.S.C. § 522(d)(10)(E) | 1,765.00 | 1,765.00 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| Debtor is owed unpaid child support from ex-fiance | 11 U.S.C. § 522(d)(10)(D) | 16,640.00 | 16,640.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Debtor expects to receive an income tax refund for his 2010 Federal and State of Michigan income tax returns. | 11 U.S.C. § 522(d)(5) | 2,700.00 | 2,700.00 |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| 1975 mobile home on lot owned by Goldie Michael, Deceased, located at: 43239 Labelle St., Mt. Clemens, MI 48045, which was may have been left to the Debtor in the Goldie Michael Trust. At the present time, neither the mobile home nor the lot are titled in the Debtor's name. | 11 U.S.C. § 522(d)(5) | 8,000.00 | 8,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2009 Polaris Sportsman 550 XP 4 wheeler, winch, plow and trailer | 11 U.S.C. § 522(d)(2) | 2,000.00 | 2,000.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** | | | |
| Trolling motor for boat | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |

| | Total: | 35,556.00 | 35,556.00 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **John W. Boris**, Case No. **10-67363**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3346** <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19886-5026** | X | - | 2-26-04 <br><br> **First Mortgage** <br><br> House: <br> **Location: 73641 Memphis Ridge, Richmond MI 48062** <br> Value $ **60,000.00** | | | | **97,000.00** | **37,000.00** |
| Account No. **9858** <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19886-5026** | X | - | 5-31-07 <br><br> **Second Mortgage** <br><br> House: <br> **Location: 73641 Memphis Ridge, Richmond MI 48062** <br> Value $ **60,000.00** | | | | **51,830.00** | **51,830.00** |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **148,830.00** | **88,830.00** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **148,830.00** | **88,830.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **John W. Boris**, Case No. **10-67363**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7335**<br><br>**ABC Warehouse/Wells Fargo Financial**<br>**c/o Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256-7412** | | - | '07-'09<br>**Credit card purchases** | | | | **1,903.11** |
| Account No. **7537**<br><br>**Capital One Bank (USA) N.A.**<br>**c/o MRS Associates, Inc of New Jersey**<br>**1930 Olney Ave.**<br>**Cherry Hill, NJ 08003** | | - | '02-'09<br>**Credit card purchases** | | | | **5,767.52** |
| Account No. **2624**<br><br>**Capital One Bank (USA), N.A.**<br>**c/o Shermeta, Adams & Von Allmen, PC**<br>**P.O. Box 5016**<br>**Rochester, MI 48308** | | - | '01-'09<br>**Lawsuit filed** | | | | **6,005.00** |
| Account No. **1338**<br><br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | | - | '04-'09<br>**Credit card purchases** | | | | **4,234.56** |

__3__ continuation sheets attached

Subtotal (Total of this page) **17,910.19**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   S/N:34794-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John W. Boris**, Case No. **10-67363**
　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5602** <br><br> **Chase** <br> **Cardmember Service** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | | - | '01-'09 <br> **Credit card purchases** | | | | 8,114.79 |
| Account No. **8371** <br><br> **Chase Bank USA, N.A.** <br> **c/o NCO Financial Systems Inc** <br> **P.O. Box 15630** <br> **Dept 81** <br> **Wilmington, DE 19850** | | - | '03-'09 <br> **Credit card purchases** | | | | 1,668.95 |
| Account No. **5163** <br><br> **Citibank South Dakota N.A.** <br> **c/o United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | - | '02-'09 <br> **Credit card purchases** | | | | 4,811.59 |
| Account No. **1146** <br><br> **Citibank/Sears** <br> **c/o Midland Credit Management, Inc** <br> **P.O. Box 603 Dept 12421** <br> **Oaks, PA 19456** | | - | '99-'09 <br> **Credit card purchases** | | | | 8,081.85 |
| Account No. **5278** <br><br> **Dicks Sporting Goods/GEMB** <br> **c/o Asset Acceptance LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090-2036** | | - | '06-'09 <br> **Credit card purchases** | | | | 1,001.90 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,679.08**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **John W. Boris**, Case No. **10-67363**
 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6106** <br><br>**Discover Card** <br>**c/o Novus Services** <br>**P.O. Box 8003** <br>**Hilliard, OH 43026** | - | | **'02-'09** <br>**Credit card purchases** | | | | 7,775.38 |
| Account No. **1031** <br><br>**GECC** <br>**c/o Security Credit Service** <br>**2623 W Oxford Loop** <br>**Oxford, MS 38655** | - | | **'02-'09** <br>**Credit card purchases** | | | | 3,681.00 |
| Account No. **1268** <br><br>**GMAC** <br>**Attn: Customer Care** <br>**P.O. Box 4622** <br>**Waterloo, IA 50704-4622** | - | | **6-10** <br>**Automobile loan** | | | | 1.00 |
| Account No. **1394** <br><br>**Henry Ford Macomb Hospital** <br>**c/o CBCS** <br>**P.O. box 163333** <br>**Columbus, OH 43216** | - | | **2008** <br>**Medical bills** | | | | 612.52 |
| Account No. **2011** <br><br>**John Deere Credit** <br>**Payment Processing Center** <br>**23176 Network Place** <br>**Chicago, IL 60673-1231** | - | | **10-20-08** <br>**Installment loan** | | | | 5,297.13 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 17,367.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **John W. Boris**                         ,           Case No.  **10-67363**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1072** <br><br> **Meijer Platinum MC** <br> **PO Box 981064** <br> **El Paso, TX 79998-1064** | | - | **'01-'09** <br> **Credit card purchases** | | | | 3,130.07 |
| Account No. **0257** <br><br> **Michigan Schools & Gov Credit Union** <br> **c/o John W. Butler** <br> **24525 Harper Ave., Suite 2** <br> **Saint Clair Shores, MI 48080** | | - | **04/29/10** <br> **Judgment** | | | | 8,431.15 |
| Account No. **6682** <br><br> **Michigan Schools and Govt. Credit Union** <br> **40400 Garfield Rd.** <br> **Clinton Township, MI 48038** | | - | **'99-'09** <br> **Line of Credit** | | | | 1,005.00 |
| Account No. **3353** <br><br> **Midland Credit Management, Inc.** <br> **Dept. 12421** <br> **Oaks, PA 19456** | | - | **'02-'09** <br> **Credit card purchases** | | | | 8,135.00 |
| Account No. **7243** <br><br> **Sprint** <br> **c/o Diversified Adjustment Service, Inc.** <br> **P.O. Box 32145** <br> **Fridley, MN 55432-0145** | | - | **'06-'08** <br> **Utility bills** | | | | 230.26 |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **20,931.48**

Total (Report on Summary of Schedules)  **79,887.78**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

ABC Warehouse/Wells Fargo Financial
c/o Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256-7412


Bank of America
P.O. Box 15026
Wilmington, DE 19886-5026


Bank of America
P.O. Box 15026
Wilmington, DE 19886-5026


Capital One Bank (USA) N.A.
c/o MRS Associates, Inc of New Jersey
1930 Olney Ave.
Cherry Hill, NJ 08003


Capital One Bank (USA), N.A.
c/o Shermeta, Adams & Von Allmen, PC
P.O. Box 5016
Rochester, MI 48308


Chase
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Chase
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Chase Bank USA, N.A.
c/o NCO Financial Systems Inc
P.O. Box 15630
Dept 81
Wilmington, DE 19850


Citibank South Dakota N.A.
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072

Citibank/Sears
c/o Midland Credit Management, Inc
P.O. Box 603 Dept 12421
Oaks, PA 19456


Dicks Sporting Goods/GEMB
c/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036


Discover Card
c/o Novus Services
P.O. Box 8003
Hilliard, OH 43026


GECC
c/o Security Credit Service
2623 W Oxford Loop
Oxford, MS 38655


GMAC
Attn: Customer Care
P.O. Box 4622
Waterloo, IA 50704-4622


Henry Ford Macomb Hospital
c/o CBCS
P.O. box 163333
Columbus, OH 43216


John Deere Credit
Payment Processing Center
23176 Network Place
Chicago, IL 60673-1231


Meijer Platinum MC
PO Box 981064
El Paso, TX 79998-1064


Michigan Schools & Gov Credit Union
c/o John W. Butler
24525 Harper Ave., Suite 2
Saint Clair Shores, MI 48080

Michigan Schools and Govt. Credit Union
40400 Garfield Rd.
Clinton Township, MI 48038

Midland Credit Management, Inc.
Dept. 12421
Oaks, PA 19456

Pamela J. Boris
73641 Memphis Ridge
Richmond, MI 48062

Pamela J. Boris
73641 Memphis Ridge
Richmond, MI 48062

Sprint
c/o Diversified Adjustment Service, Inc.
P.O. Box 32145
Fridley, MN 55432-0145